

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JAMES FRANKLIN STRICKLAND, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: CV206-174 |
| GLYNN COUNTY PUBLIC DEFENDER'S OFFICE; GRAYSON P. LANE; SHERRY JEFFERSON, and ALL STAFF OF THE GLYNN COUNTY PUBLIC DEFENDER'S OFFICE, | : | |
| Defendants. | : | |

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's determination that Plaintiff's Complaint should be dismissed. Plaintiff has filed Objections (Doc. No. 20) to the Magistrate's recommendation of dismissal (Doc. No. 15), in which he appears to disagree with the Magistrate's conclusion that Defendants did not act under color of state law in the alleged deprivation of Plaintiff's civil rights. In his Complaint, Plaintiff named as Defendants the Glynn County Public Defenders Office and its employees. Plaintiff contends that Defendants provided him with inadequate counsel in his criminal case.

A claim for relief under 42 U.S.C. § 1983 must embody two necessary elements. First, the conduct complained of must have deprived the plaintiff of a right, privilege, or immunity secured by the Constitution or laws of the United States. Second, the allegedly

AO 72A
(Rev. 8/82)

unconstitutional conduct must have been committed by a person acting under color of state law. Parratt v. Taylor, 451 U.S. 527, 535, 101 S. Ct. 1908, 1912, 68 L. Ed. 2d 420 (1981). In the present case, Plaintiff has clearly not satisfied the requirement that the conduct about which he complains was committed by persons acting under color of state law. The United States Supreme Court has been explicit that for purposes of 42 U.S.C.A. § 1983 liability, "a public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding." Polk County v. Dodson, 454 U.S. 312, 325, 102 S. Ct. 445, 453, 70 L. Ed. 2d 509 (1981). Plaintiff complains about the adequacy of Defendants' assistance during his criminal proceedings. Public defenders simply do not qualify as state actors when engaged in the general representation of a client like Plaintiff in a criminal case.

Plaintiff's Objections are without merit. Plaintiff's Complaint is hereby **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 14 day of December, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA